**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES G GALLATIN | Case No. 22-20736JCM |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant vs. | Document No __ |
| HSBC BANK USA NA | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

CREDITOR HAS ISSUED A REFUND AND INDICATED THAT THE LOAN WAS SOLD.

| | |
|---|---|
| HSBC BANK USA NA<br>2929 WALDEN AVE<br>DEPEW, NY 14043 | Court claim# 17/Trustee CID# 15 |

The Movant further certifies that on 07/16/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES G GALLATIN, 61 CRISTY DRIVE, UNIONTOWN, PA  15401 | COREY J SACCA ESQ, BONONI & COMPANY PC, 20 N PENNSYLVANIA AVE - SUITE 201, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR: | : |
| HSBC BANK USA NA, 2929 WALDEN AVE, DEPEW, NY  14043 | CARDWORKS SERVICING LLC, 101 CROSSWAYS PARK DR W, WOODBURY, NY  11797 |
| NEW CREDITOR: | |